UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR ALBERT DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Respondents. | No. 2:14-cv-2737 MCE DAD P<br><br>ORDER |

On May 15, 2015, this court dismissed petitioner's petition for writ of habeas corpus and entered judgment in this case. Although this action has been closed since May 15, 2015, petitioner continues to file letters and statements with the court. Petitioner is advised that the court will disregard the documents he has filed since the closing of this case and will not issue any further orders in response to future filings in this action.

IT IS SO ORDERED.

Dated: October 1, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
davi2737.158

1